UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOMBARDI'S INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:20-CV-1371-G |
| INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On May 29, 2020, the defendant was ordered to file and serve an amended notice of removal by July 13, 2020, but has failed to do so. *See* Memorandum Opinion and Order (docket entry 4). Accordingly, this case is **REMANDED** to the 14th Judicial District Court of Dallas County, Texas. The clerk shall mail a certified copy of this order to the district clerk of Dallas County, Texas. 28 U.S.C. § 1447(c).

**SO ORDERED.**

July 15, 2020.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**